UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS ANDRE GARNER,<br><br>    Plaintiff,<br><br>    v.<br><br>RICK HILL, *et al.*,<br><br>    Defendants. | Case No.  2:23-cv-00494-WBS-JDP (PC)<br><br><br>ORDER |

Plaintiff has filed a motion for an extension of time to file an amended complaint.  ECF No. 10.  Good cause appearing, it is hereby ORDERED that:

    1. Plaintiff's motion for an extension of time, ECF No. 10, is granted.

    2. Plaintiff is granted thirty days from the date of this order to file an amended complaint.

IT IS SO ORDERED.

Dated:    May 24, 2023                                
                                        JEREMY D. PETERSON
                                        UNITED STATES MAGISTRATE JUDGE