1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| 11  MARCUS ANDRE GARNER, | Case No. 2:23-cv-00494-WBS-JDP (PC) |
|---|---|
| 12          Plaintiff, | **FINDINGS AND RECOMMENDATIONS** |
| 13     v. | THAT THIS MATTER BE DISMISSED FOR |
| 14  RICK HILL, *et al.*, | FAILURE TO PROSECUTE AND COMPLY WITH COURT ORDERS |
| 15          Defendants. | OBJECTIONS DUE WITHIN FOURTEEN |
| 16 | DAYS |

17        On November 29, 2023, I screened plaintiff's complaint and notified plaintiff that it did

18  not state cognizable claims.  ECF No. 20.  I granted him thirty days to file either an amended

19  complaint or an advisement indicating his intent to stand by his current complaint, subject to a

20  recommendation of dismissal.  Plaintiff had not responded by the deadline, thus, on February 5,

21  2024, I ordered him to show cause within twenty-one days why this action should not be

22  dismissed.  ECF No. 21.  I warned him that failure to do so would result in a recommendation that

23  this action be dismissed.  *Id.* at 2.

24        The deadline has passed, and plaintiff has not filed an amended complaint or otherwise

25  responded.

26        Accordingly, it is hereby RECOMMENDED that:

27        1.  This action be dismissed without prejudice for failure to prosecute and failure to

28  comply with court orders for the reasons set forth in the November 29, 2023 order.

1

1    2.  The Clerk of Court be directed to close the case.

2    These findings and recommendations are submitted to the United States District Judge

3  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days of

4  service of these findings and recommendations, any party may file written objections with the

5  court and serve a copy on all parties.  Such document should be captioned "Objections to

6  Magistrate Judge's Findings and Recommendations."  Any response shall be served and filed

7  within fourteen days of service of the objections.  The parties are advised that failure to file

8  objections within the specified time may waive the right to appeal the District Court's order.

9  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir.

10  1991).

11

IT IS SO ORDERED.

12

13

Dated:    March 18, 2024                    _____

14                                          JEREMY D. PETERSON
                                            UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28