UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS ANDRE GARNER,<br><br>Plaintiff,<br><br>v.<br><br>RICK HILL, et al.,<br><br>Defendants. | Case No. 2:23-cv-00494-WBS-JDP (PC)<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 18, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, ECF No. 22, are adopted in full;

2. This action is dismissed for failure to state a claim for the reasons set forth in the

1

magistrate judge's Order of April 24, 2023, ECF No. 9; and

    3. The Clerk of Court is directed to close the case.

Dated: April 5, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE